1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
9                                     AT TACOMA

10      KIMYA SIMON,

11                  Plaintiff,

12           v.                                      Case No. C06-5695BL

13      JOHN AUSTIN III *et al.*,                    ORDER ADOPTING THE REPORT
                                                     AND RECOMMENDATION
14                  Defendants.

15

16           The Court, having reviewed the file, the Report and Recommendation of Magistrate Judge J.

17      Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does

18      hereby find and ORDER:

19           (1)     The Court adopts the Report and Recommendation;

20           (2)     This action is procedurally barred and is **DISMISSED WITH PREJUDICE.**

21           (3)     Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Kelley
                     Arnold .
22

23           DATED this 26th day of February, 2007.

24
                                            _____
25                                          RONALD B. LEIGHTON
                                            UNITED STATES DISTRICT JUDGE
26

27

28      ORDER - 1