# United States District Court

WESTERN DISTRICT OF WASHINGTON

KIMYA SIMON,

        Plaintiff,

  v.

JOHN AUSTIN III, et al.,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5695RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

This Action is Procedurally BARRED and is DISMISSED WITH PREJUDICE.

February 27, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk